FRANK E. JOHNSON, Appellant, *v.* HILDA DUNBAR, Respondent.

Argued November 30, 1953; decided January 15, 1954.

*Frank E. Johnson,* in person, and *Theodore H. Kenworth* for Frank E. Johnson, appellant.

*Robert Chasen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.